[No. 67079-4-I. Division One. June 11, 2012.]

*In the Matter of the Dependency of* S.A.P.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. REBECCA LYNNE PERKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-7-00926-1, George F.B. Appel, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.

[No. 67578-8-I. Division One. June 11, 2012.]

*In the Matter of the Parentage of* B.W.

JAMES ARTHUR WHITE, *Appellant,* v. TRENA LOUISE FRYE, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-5-00897-1, Eric Z. Lucas, J., entered August 9, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 67631-8-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. OSCAR ARMANDO ESCOBAR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00696-6, Brian M. Tollefson, J., entered May 21, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 68363-2-I. Division One. June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM N. VALDIVIEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 09-1-00060-1, Michael J. Sullivan, J., entered May 14, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.